UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JENNIFER BURGESS,

      Plaintiff,

v.

      Case No. 23-cv-13044
      Hon. Matthew F. Leitman

MICHIGAN FIRST CREDIT UNION, et al.,

      Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff as to Defendant Michigan First Credit Union and the Notices of Voluntary Dismissal With Prejudice as to Defendants Experian Information Solutions, Inc. and Equifax Information Services, LLC, this case is DISMISSED without prejudice as to Michigan First Credit Union and with prejudice as to Defendants Experian Information Solutions, Inc. and Equifax Information Services, LLC.

    IT IS SO ORDERED.

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  March 22, 2024

   I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 22, 2024, by electronic means and/or ordinary mail.

                <u>s/Holly A. Ryan</u>
                Case Manager
                (313) 234-5126